UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA, CITY OF LAWRENCE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, DANA J. BOENTE, Acting Attorney General of the United States, DOES 1-100,<br>Defendant. | Civil Action No. 17-10214 |

## NOTICE OF APPEARANCE OF SOPHIA HALL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Sophia Hall of the Lawyers' Committee for Civil Rights and Economic Justice as counsel of record for Plaintiffs City of Chelsea and City of Lawrence, in the above-captioned matter.

Dated: February 8, 2017

Respectfully submitted,

/s/ Sophia Hall
Sophia Hall (BBO# 684541)
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch St., 5th Floor
Boston, MA 02110
(617) 482-1145
SHall@lawyerscom.org