UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA; CITY OF LAWRENCE,<br><br>    Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, President of the United States of America; UNITED STATES OF AMERICA; JOHN F. KELLEY, Secretary of the United States Department of Homeland Security; JEFFERSON B. SESSIONS, III,[1] Attorney General of the United States; DOES 1-100,[2]<br><br>    Defendants. | Civil Action No. 17-10214-GAO |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants the United States of America, and Donald J. Trump, John F. Kelley, and Jefferson B. Sessions, III, in their official capacities, hereby move to dismiss the Complaint in the above-captioned matter. A memorandum of points and authorities and a proposed order accompany this motion.

---

[1] Attorney General Sessions is automatically substituted for former Acting Attorney General Dana J. Boente, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] Plaintiffs name "DOES 1-100" as defendants in this matter but do not identify those individuals or specify the capacity in which those individuals are being sued. *See* Compl. ¶ 26 (ECF No. 1). Undersigned counsel does not purport to represent those individuals, and claims against those individuals are not at issue in this Motion to Dismiss. Moreover, because those individuals have not been named or served, granting this Motion would resolve this litigation in its entirety.

April 10, 2017 	Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM D. WEINREB
Acting United States Attorney

JOHN R. TYLER
Assistant Branch Director


*/s/ Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM (MD Bar)
U.S. Department of Justice, Civil Division
Tel: (202) 514-3330
Fax: (202) 616-8470
Email: stephen.buckingham@usdoj.gov
P.O. Box 883 Ben Franklin Station
Washington, DC 20530

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

  I certify that on April 10, 2017, I caused a copy of this Motion to Dismiss, a Memorandum of Points and Authorities, and a Proposed Order to be filed electronically and that these documents are available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                */s/ Stephen J. Buckingham*
                STEPHEN J. BUCKINGHAM

## **LOCAL RULE 7.1 CERTIFICATION**

  Pursuant to Local Civil Rule 7.1(a)(2), undersigned counsel has conferred with plaintiffs' counsel and attempted in good faith to resolve or narrow the issues in this matter.

                */s/ Stephen J. Buckingham*
                STEPHEN J. BUCKINGHAM