Attachment 1

*Chelsea v. Trump*, Civil Action No. 17-10214-GAO



**U.S. Department of Justice**

Office of Legislative Affairs

---

Office of the Assistant Attorney General     *Washington, D.C. 20530*

MAR 0 7 2017

The Honorable Elizabeth Warren
United States Senate
Washington, DC 20510

The Honorable Edward J. Markey
United States Senate
Washington, DC 20510

Dear Senators Warren and Markey:

    This responds to your letter to the Attorney General dated February 27, 2017, regarding the President's January 25, 2017, Executive Order, "Enhancing Public Safety in the Interior of the United States."

    The Executive Order directs that the Attorney General and the Secretary of Homeland Security, in their discretion and to the extent consistent with law, take appropriate action to ensure that jurisdictions that willfully refuse to comply with 8 U.S.C. 1373 ("sanctuary jurisdictions") are not eligible to receive Federal grants, except as deemed necessary for law enforcement purposes by the Attorney General or the Secretary. The Secretary of Homeland Security has the authority to designate, in his discretion and to the extent consistent with law, a jurisdiction as a "sanctuary jurisdiction."

    As directed by the Order, the Department of Justice is in the process of identifying, in its discretion, what actions, if any, can lawfully be taken in order to encourage state and local jurisdictions to comply with federal law. We appreciate knowing your views on this matter.

    We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Samuel R. Ramer
Acting Assistant Attorney General