UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA; CITY OF LAWRENCE,<br><br>    Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, President of the United States of America; JOHN F. KELLEY, Secretary of the United States Department of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; DOES 1-100,<br><br>    Defendants. | Civil Action No. 17-10214-GAO |

## [PROPOSED] ORDER

For the reasons set forth in Defendants' Motion to Dismiss and the accompanying Memorandum of Points and Authorities, it is hereby

ORDERED that the Motion is GRANTED, and all claims asserted against Defendants United States of America, Donald J. Trump, John F. Kelley, and Jefferson B. Sessions, III, are hereby DISMISSED.

So ordered this _____ day of _____, 2017

_____
GEORGE A. O'TOOLE, JR.
United States District Judge