UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA AND CITY OF LAWRENCE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, and DOES 1-100,<br>Defendants. | Civil Action No. 17-10214-GAO |

## PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiffs City of Chelsea and City of Lawrence, by their undersigned counsel, respectfully move to stay proceedings, including briefing on the motion to dismiss filed by the Named Federal Defendants, until further motion by Plaintiffs. Plaintiffs have conferred with counsel for the Named Federal Defendants, and they do not oppose this motion.

Plaintiffs' motion is prompted by the recent issuance of nationwide preliminary injunction by the U.S. District Court for the Northern District of California in parallel litigation challenging the same Executive Order that is at issue in this case, Executive Order 13768. *See Cnty. of Santa Clara v. Trump*, No. 3:17-cv-00574, ECF No. 82 (N.D. Cal. Apr. 25, 2017). Given the order's nationwide scope, it currently provides Plaintiffs with much of the relief that they are seeking in this litigation by restricting the Named Federal Defendants' ability to withhold federal funds from the Plaintiffs pursuant to Section 9(a) of the Executive Order.

In light of this development, Plaintiffs believe it would best conserve the resources of the Court and the parties to stay the litigation at this time, while a nationwide preliminary injunction is in effect.  *See Acton Corp. v. Borden, Inc.*, 670 F.2d 377, 382 (1st Cir. 1982) (Breyer, J.) (recognizing that a stay may be appropriate to "avoid duplication of effort").  If the nationwide injunction is lifted or modified, Plaintiffs will immediately notify the Court and may request that the stay be lifted.  Plaintiffs will also provide a status report to the Court within 60 days of the entry of a stay, in order to apprise the Court of relevant developments to this proceeding.  *See MBTA v. Nat'l R. Passenger Corp.*, No. 16-cv-10120-MLW, ECF. No. 45 (D. Mass. Dec. 9, 2016) (granting stay request, with parties providing status report on settlement discussions).

Dated: May 2, 2017                                          Respectfully submitted,

 /s/ Inez H. Friedman-Boyce

Inez H. Friedman-Boyce (BBO# 630910)
IFriedmanBoyce@goodwinlaw.com
Daryl Wiesen (BBO# 634872)
DWiesen@goodwinlaw.com
Elaine Herrmann Blais (BBO # 656142)
EBlais@goodwinlaw.com
Jennifer Burns Luz (BBO # 657739)
JLuz@goodwinlaw.com
Sarah J. Fischer (BBO # 688878)
SFischer@goodwinlaw.com
Alexandra Lu (BBO # 691114)
ALu@goodwinlaw.com
Louis Lobel (BBO # 693292)
LLobel@goodwinlaw.com

Goodwin Procter LLP
100 Northern Ave.
Boston, MA 02210
(617) 570-1000

Elizabeth Holland (*pro hac vice*)
EHolland@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8800

Brian Burgess (*pro hac vice*)
BBurgess@goodwinlaw.com

Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432
(202) 346-4000

David Zimmer (*pro hac vice*)
DZimmer@goodwinlaw.com

Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111-4017
(415) 733-6000

Iván Espinoza-Madrigal (*pro hac vice*)
iespinoza@lawyerscom.org
Oren Sellstrom  (BBO # 569045)
osellstrom@lawyerscom.org
Sophia Hall (BBO # 684541)
SHall@lawyerscom.org

Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch St., 5th Floor
Boston, MA 02110
(617) 482-1145

*Attorneys for Plaintiffs City of Chelsea and City of Lawrence*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE**

      I, Inez H. Friedman-Boyce, counsel for Plaintiffs, do hereby certify that, pursuant to Local Rule 7.1, counsel for Plaintiffs conferred with counsel for the named Defendants regarding the relief sought in this motion.  The named Defendants do not oppose this motion.

      I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) via the ECF system on May 2, 2017.

                                          /s/ Inez H. Friedman-Boyce
                                          Inez H. Friedman-Boyce