UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10214-GAO

CITY OF CHELSEA and CITY OF LAWRENCE,
Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, and DOES 1-100,
Defendants.

ORDER
May 4, 2017

O'TOOLE, D.J.

The plaintiffs' unopposed Motion to Stay Proceedings (dkt. no. 25) is GRANTED. This action is STAYED pending further order of the Court. The plaintiffs shall submit a status report within sixty (60) days of the entry of the stay.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge