
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA AND CITY OF LAWRENCE,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, and DOES 1-100,<br><br>    Defendants. | Civil Action No. 17-10214-GAO |

## JOINT STATUS REPORT

Pursuant to this Court's May 4, 2017 Order entering a stay in this matter and the parties' June 30, 2017 joint status report, the parties submit this Joint Status Report to update the Court on developments that have occurred in the parallel actions.

On July 20, 2017, the U.S. District Court for the Northern District of California issued the attached order denying the Federal Defendants' motion for reconsideration of the nationwide preliminary injunction and motion to dismiss in the parallel litigation challenging the same Executive Order that is at issue in this case. *See* Ex. 1, *San Francisco v. Trump*, 3:17-cv-485-WHO (N.D. Cal.), D.I. 146; *see also County of Santa Clara v. Trump*, 3:17-cv-00574-WHO (N.D. Cal.), D.I. 145. The court also ordered the Federal Defendants to answer the complaints in the parallel cases by August 9, 2017, *see, e.g.*, *San Francisco v. Trump*, 3:17-cv-485 (N.D. Cal), D.I. 146, which has since been changed to August 16, 2017. *See San Francisco v. Trump*, 3:17-cv-485 (N.D. Cal), D.I. 148.

The parties request that the stay be continued until the San Francisco and Santa Clara cases are resolved, or the nationwide injunction is lifted. The parties will update the Court if any other developments occur that would affect the stay in this matter.

| | |
|---|---|
| Dated: August 15, 2017 | Respectfully submitted, |

/s/ *Stephen J. Buckingham*  
Stephen J. Buckingham (MD Bar)  
U.S. Department of Justice, Civil Division  
Tel: (202) 514-3330  
Fax: (202) 616-8470  
Email: stephen.buckingham@usdoj.gov  
P.O. Box 883 Ben Franklin Station  
Washington, DC 20530  

Chad A. Readler  
Acting Assistant Attorney General  
William D. Weinreb  
Acting United States Attorney  
John R. Tyler  
Assistant Branch Director  

*Attorneys for Federal Defendants*

/s/ *Inez H. Friedman-Boyce*  
Inez H. Friedman-Boyce (BBO# 630910)  
IFriedmanBoyce@goodwinlaw.com  
Daryl Wiesen (BBO# 634872)  
DWiesen@goodwinlaw.com  
Elaine Herrmann Blais (BBO # 656142)  
EBlais@goodwinlaw.com  
Jennifer Burns Luz (BBO # 657739)  
JLuz@goodwinlaw.com  
David Zimmer (*pro hac vice*)  
DZimmer@goodwinlaw.com  
Sarah J. Fischer (BBO # 688878)  
SFischer@goodwinlaw.com  
Alexandra Lu (BBO # 691114)  
ALu@goodwinlaw.com  
Louis Lobel (BBO # 693292)  
LLobel@goodwinlaw.com  

Goodwin Procter LLP  
100 Northern Ave.  
Boston, MA 02210  
(617) 570-1000  

Elizabeth Holland (*pro hac vice*)  
EHolland@goodwinlaw.com  

Goodwin Procter LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018-1405  
(212) 813-8800  

Brian Burgess (*pro hac vice*)  
BBurgess@goodwinlaw.com  

Goodwin Procter LLP  
901 New York Avenue, N.W.

Washington, DC 20001-4432
(202) 346-4000


Iván Espinoza-Madrigal (*pro hac vice*)
iespinoza@lawyerscom.org
Oren Sellstrom  (BBO # 569045)
osellstrom@lawyerscom.org
Sophia Hall (BBO # 684541)
SHall@lawyerscom.org

Lawyers' Committee for Civil Rights and
Economic Justice
61 Batterymarch St., 5th Floor
Boston, MA 02110
(617) 482-1145

*Attorneys for Plaintiffs City of Chelsea and City of Lawrence*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the CM/ECF system, will be served electronically on the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants via first class mail this 15th day of August, 2017.

                                                       /s/ *Inez H. Friedman-Boyce*