UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHELSEA and CITY OF LAWRENCE,<br><br>                Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>                Defendants. | Civil Action No. 1:17-cv-10214-GAO |

## NOTICE OF CHANGE OF ADDRESS OR FIRM NAME

PLEASE TAKE NOTICE that the contact information for David J. Zimmer, counsel for Plaintiffs City of Chelsea and City of Lawrence, has changed to:

    David J. Zimmer
    GOODWIN PROCTER LLP
    100 Northern Avenue
    Boston, MA 02210
    Telephone: (617) 570-1000
    DZimmer@goodwinlaw.com

The Clerk of Court and counsel for all parties are respectfully requested to update their records and service lists to reflect the change in Plaintiffs' counsel's contact information.

| | |
|---|---|
| Dated: November 30, 2021 | Respectfully submitted,<br><br>/s/ David J. Zimmer<br>David J. Zimmer (BBO #692715)<br>Alexandra Lu (BBO #691114)<br>Darryl L. Wiesen (BBO #634872)<br>Elaine Herrmann Blais (BBO #656142)<br>Jennifer B. Luz (BBO #657739)<br>Louis L. Lobel (BBO #693292)<br>Sarah J. Fischer (BBO #688878) |

>GOODWIN PROCTER LLP
>100 Northern Avenue
>Boston, MA 02210
>(617) 570-1000
>DZimmer@goodwinlaw.com
>ALu@goodwinlaw.com
>DWiesen@goodwinlaw.com
>EBlais@goodwinlaw.com
>JLuz@goodwinlaw.com
>LLobel@goodwinlaw.com
>SFischer@goodwinlaw.com
>
>Brian T. Burgess (admitted pro hac vice)
>GOODWIN PROCTER LLP
>1900 N Street, NW
>Washington, DC 20036
>(202) 346-4000
>BBurgess@goodwinlaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Zimmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2021.

>/s/ David J. Zimmer
>David J. Zimmer (BBO #692715)
>GOODWIN PROCTER LLP
>100 Northern Avenue
>Boston, MA 02210
>(617) 570-1000
>DZimmer@goodwinlaw.com