UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **THE CITY OF CHELSEA**, et al.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>**JOSEPH R. BIDEN, JR.**, President of the United States, et al.,<br><br>*Defendants.* | Civil Action No. 1:17-cv-010214<br><br>Hon. George A. O'Toole, Jr. |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs the City of Chelsea and the City of Lawrence and Defendants Joseph R. Biden, Jr., United States of America, Alejandro Mayorkas, Secretary of United States Department of Homeland Security, and Merrick B. Garland, Attorney General of the United States, hereby stipulate and agree, by and through their undersigned counsel, to the dismissal of this action without prejudice. Each party will bear its own costs and fees.

Dated: November 30, 2021

Respectfully submitted,

*/s/ Brian T. Burgess*
Brian T. Burgess
Goodwin Procter LLP
1900 N Street NE
Washington, DC 20036
(202) 346-4215
bburgess@goodwinlaw.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director
Federal Programs Branch

*/s/ Charles E.T. Roberts*
Charles E.T. Roberts (PA Bar No. 326539)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 305-8628
Fax: (202) 616-8470
E-Mail: charles.e.roberts@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Charles E.T. Roberts, Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 30, 2021                    /s/ *Charles E.T. Roberts*
                                            Charles E.T. Roberts
                                            Trial Attorney